| | |
|---|---|
| KIM JOHNSON | NUMBER: 2021-4828    DIVISION "G" |
| VERSUS | 14TH JUDICIAL DISTRICT COURT |
| RED ROCK RISK RETENTION GROUP, INC., SWIFT TRANSPORTATION CO. ARIZONA, LLC and KEUNDRIOUS MOSES | PARISH OF CALCASIEU<br>STATE OF LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED: 11-16-2021

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel comes petitioner, **KIM JOHNSON,** person of the full age of majority residing in East Baton Rouge Parish, State of Louisiana, who, with respect, represents the following:

1.

Made defendants herein are the following:

A. **RED ROCK RISK RETENTION GROUP, INC.**, upon information to form a belief, a foreign insurance company, that can be served via the Louisiana Long-Arm Statute through its registered agent, National Registered Agents, 3800 N. Central Avenue, Suite 460, Phoenix, Arizona 85012;

B. **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** a foreign limited partnership, that can be served via the Louisiana Long-Arm Statute through its registered agent, National Registered Agents, 3800 N. Central Avenue, Suite 460, Phoenix, Arizona 85012; and,

C. **KEUNDRIOUS MOSES**, upon information and belief, an adult resident of the State of Mississippi, who can be served via the Louisiana Long-Arm Statute at 118 Magee Badon Road, Tylertown, Mississippi 39667.

2.

The defendants are justly and truly indebted unto your petitioner, jointly, severally and *in solido*, for damages, injuries, and losses she has sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about November 21, 2020, at approximately 4:56 p.m., petitioner, **KIM JOHNSON,** was the owner and operator of a 2011 Volvo S40, traveling on Interstate 10 East in Calcasieu Parish, State of Louisiana.

4.

At the same date and time, defendant, **KEUNDRIOUS MOSES**, was driving a 2020 Freightliner tractor and trailer, while in the course and scope of his employment with defendant,

14TH eFILED: 11/16/2021 2:17 PM BY: Ellen Simon
ACCEPTED: 11/17/2021 8:17 AM INTO CASE 2021-4828 BY DEPUTY CLERK ABIGAIL LAROCCA

**SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, traveling an unknown distance ahead of the **JOHNSON** vehicle on Interstate 10 Eastbound in Calcasieu Parish, State of Louisiana.

5.

As the **JOHNSON** vehicle traveled straight in her lane, suddenly and without warning, the defendant, **KEUNDRIOUS MOSES'**, trailer tire blew out throwing the entire tire into the direct line of travel of petitioner, causing a violent collision with petitioner's vehicle and resulting in serious injuries to petitioner.

6.

Upon information and belief, at all times pertinent hereto, defendant, **KEUNDRIOUS MOSES**, was employed by the defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** and at the time of the accident was in the course and scope of employment for the defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC.** Petitioner therefore pleads the doctrine of *Respondeat Superior*.

7.

Petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of **KEUNDRIOUS MOSES,** which is described in part but not exclusively as follows:

a. In failing to see what he should have seen and if having seen, in failing to heed;

b. In failing to maintain his tractor and trailer;

c. In failing to properly inspect his tractor and trailer;

d. In failing to properly operate his tractor and trailer; and

e. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and city traffic regulations and ordinances.

8.

In addition to the negligence alleged heretofore, petitioner alleges that a substantial cause of the above-described accident was the fault and/or negligence of the defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** which is described in part but not exclusively as follows:

a. In failing to properly maintain and inspect its tractor and trailer;

b. In failing to employ a safe and competent driver;

    c.    In failing to properly supervise and instruct its drivers; and

    d.    Any and all acts of negligence, omissions, and/or legal fault to be shown at the time of this trial to be a proximate cause of petitioner's injuries, damages, or losses.

9.

Petitioner is informed, believes and therefore alleges that at the time of the accident the defendant, **RED ROCK RISK RETENTION GROUP, INC.,** had issued a policy of insurance in favor of defendants and under the laws of the State of Louisiana was in full force and effect at the time of the accident, and which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:1269.

10.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, petitioner, **KIM JOHNSON,** suffered injuries including, but not limited to:

    a.    Lower back injury;

    b.    Neck injury;

    c.    Shoulder injury; and

    d.    Other damages and losses to be shown at trial.

11.

As a result of the aforementioned accident, petitioner, **KIM JOHNSON,** suffered the following damages:

    a.    Physical pain and suffering – past, present, and future;

    b.    Mental and emotional pain, anguish, and distress – past, present, and future;

    c.    Medical expenses – past, present, and future;

    d    Loss of income and impairment of earning capacity – past, present, and future;

    e.    Loss of enjoyment of life – past, present, and future;

    f.    Other damages and losses to be shown at trial.

12.

Petitioner reasonably believes that the value of her claim exceeds $75,000.00, exclusive of interest and costs.

**WHEREFORE PETITIONER PRAYS** that the defendants be served with a copy of the petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of petitioner, **KIM JOHNSON,** and against the defendants, **RED ROCK RISK RETENTION GROUP, INC., SWIFT TRANSPORTATION CO. OF ARIZONA, LLC** and **KEUNDRIOUS MOSES**, for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

**GORDON McKERNAN INJURY ATTORNEYS**

_____
Chet G. Boudreaux (#28504)
5656 Hilton Avenue
Baton Rouge, Louisiana 70808
Telephone: (225) 888-8888
Direct: (225) 926-1578
Direct Fax: (225) 490-4516
chet@getgordon.com

Tucker Nims (#37821)
2505 Verot School Road
Lafayette, LA 70508
Direct: (337) 735-8009
Fax: (337) 704-2805
tucker@getgordon.com

**PLEASE SERVE VIA THE LOUISIANA LONG-ARM STATUTE:**

**RED ROCK RISK RETENTION GROUP, INC.**
Via the Louisiana Long-Arm Statute:
through its agent for service of process:
National Registered Agents
3800 N. Central Avenue, Suite 460
Phoenix, Arizona 85012

**SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**
Via the Louisiana Long-Arm Statute:
through its agent for service of process:
National Registered Agents
3800 N. Central Avenue, Suite 460
Phoenix, Arizona 85012

**KEUNDRIOUS MOSES**
Via the Louisiana Long-Arm Statute:
118 Magee Badon road
Tylertown, Mississippi 39667